```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 46032
   DENISE D PURKETT
                                           CHAPTER 13

                                           JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-4182


--------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 10/07/2005 and was confirmed 01/09/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was converted to chapter 7 after confirmation 11/07/2006.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
--------------------------------------------------------------------------------
MORTGAGE ELECTRONIC REGI  CURRENT MORTG         .00           .00            .00
EMC MORTGAGE CORP         CURRENT MORTG         .00           .00            .00
EMC MORTGAGE CORP         MORTGAGE ARRE     1459.96           .00         237.51
FREMONT INVESTMENT & LOA  CURRENT MORTG         .00           .00            .00
OPTION ONE MORTGAGE       SECURED NOT I   110841.99           .00            .00
TOYOTA MOTOR CREDIT       SECURED          12460.00        886.58        1466.85
TOYOTA MOTOR CREDIT       UNSEC W/INTER      534.61           .00            .00
WASHINGTON MUTUAL BANK    CURRENT MORTG         .00           .00            .00
WASHINGTON MUTUAL BANK    MORTGAGE ARRE         .00           .00            .00
WILSHIRE CREDIT CORP      SECURED NOT I    28141.80           .00            .00
ILLINOIS DEPT OF REVENUE  PRIORITY           290.33           .00            .00
INTERNAL REVENUE SERVICE  PRIORITY          1515.91           .00            .00
B-LINE LLC                UNSEC W/INTER     1397.68           .00            .00
PREMIER BANCARD CHARTER   UNSEC W/INTER      712.89           .00            .00
HSBC BANK NEVADA NA       UNSEC W/INTER      739.22           .00            .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER       22.62           .00            .00
MORTGAGE ELECTRONIC REGI  MORTGAGE ARRE         .00           .00            .00
OPTION ONE MORTGAGE       SECURED NOT I         .00           .00            .00
WILSHIRE CREDIT CORP      MORTGAGE ARRE         .00           .00            .00
WILSHIRE CREDIT CORP      SECURED NOT I     1153.50           .00            .00
WILSHIRE CREDIT CORP      CURRENT MORTG         .00           .00            .00
ILLINOIS DEPT OF REVENUE  UNSEC W/INTER       65.47           .00            .00
TIMOTHY K LIOU            ATTORNEY       NOT FILED           .00            .00
COMMONWEALTH EDISON ~     UNSECURED      NOT FILED           .00            .00
NICOR                     UNSECURED      NOT FILED           .00            .00
ROBERT J SEMRAD & ASSOC   ATTORNEY          2755.50           .00         2370.00
TIMOTHY K LIOU            DEBTOR ATTY          .00                           .00
TOM VAUGHN                TRUSTEE                                         259.06
DEBTOR REFUND             REFUND                                             .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 46032 DENISE D PURKETT
```

```
                              RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                       5,220.00

PRIORITY                                                   .00
SECURED                                               1,704.36
    INTEREST                                            886.58
UNSECURED                                                  .00
ADMINISTRATIVE                                        2,370.00
TRUSTEE COMPENSATION                                    259.06
DEBTOR REFUND                                              .00
                            ---------------       ---------------
TOTALS                        5,220.00                5,220.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/01/07             _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                             PAGE   2
         CASE NO. 05 B 46032 DENISE D PURKETT